IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE RAGEL BYRD,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION NO. 11-0468-CG-C** |
| **CITY OF DAPHNE, et al.,** | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 9, 2012 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 27th day of March, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE